830 F.2d 1547
 COOS BAY CARE CENTER, an Oregon corporation; Hannah
Schwanke, Guardian Ad Litem for David and Steven
Schwanke, et al., Plaintiffs-Appellants,
v.
STATE OF OREGON, DEPARTMENT OF HUMAN RESOURCES; Richard C.
Ladd, Defendants-Appellees.
 No. 85-4049.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 29, 1987.
 
 Lojek & Hall, Donald W. Lojek, Boise, Idaho, for plaintiffs-appellants.
 Department of Justice, Philip Schradle, Asst. Atty. Gen., and James E. Mountain, Jr., Salem, Or., for defendants-appellees.
 On Remand from the United States Supreme Court.
 Before WRIGHT, GOODWIN and NELSON, Circuit Judges.
 
 ORDER
 
 1
 Pursuant to the Order of the United States Supreme Court issued October 5, 1987, --- U.S. ----, 108 S.Ct. 52, 97 L.Ed.2d ----, vacating the judgment of this court, the above case is hereby remanded to the United States District Court for the District of Oregon for consideration of the suggestion of mootness.